IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL A. WILKERSON | : | CIVIL ACTION |
| v. | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al. | : | NO. 16-4296 |

## **O R D E R**

AND NOW, this 31st day of May 2018, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (ECF 36), and Petitioner's Objections thereto (ECF 43), IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED.

3. There has been no substantial showing of the denial of a constitutional right requiring the issuance of a certificate of appealability.

BY THE COURT:

/s/ Wendy Beetlestone

_____
WENDY BEETLESTONE, J.